IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| IRENE ELIZABETH TAYLOR | ) | CASE NO. 4-08-17731-EWH |
| | ) | |
| Debtor(s). | ) | **APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |
| | ) | |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following postpetition refund check has been issued to the debtors and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Name and Address | Amount Allowed | Amount Paid |
|---|---|---|
| IRENE ELIZABETH TAYLOR<br>3871 S DESERT LAKE DR<br>TUCSON, AZ 85730 | $68.57 | $68.57 |

_____6/7/10_____          /s/ SJK_____
           Date                              Stanley J. Kartchner, Trustee